## Commonwealth *v.* Grayson, Appellant.

Submitted September 12, 1969. *Bernard L. Segal,* for appellant; *Nicholas J. Nastasi* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District

Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.